# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ESTHER JANE MILLER, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMISSIONER OF THE SOCIAL | : | No. 19-2046 |
| SECURITY ADMINISTRATION, | : | |
|     Defendant. | : | |

## ORDER AND JUDGMENT

AND NOW, this 20th day of November, 2019, upon consideration of Plaintiff Esther Jane Miller's Statement of Issues and Brief in Support of her Request for Review (doc. 12) and the Commissioner's Response (doc. 12), it is ORDERED:

1. Plaintiff's Request for Review is DENIED;

2. JUDGMENT is entered in favor of the Commissioner and against Plaintiff; and

3. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

_/s/ Timothy R. Rice_
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE